IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSE LORENZO HERNANDEZ, | § | |
| | § | |
| Plaintiff / Garnishor, | § | |
| | § | |
| v. | § | Case No. 3:25-cv-01975-X-BT |
| | § | |
| SAHEL SAHARA RESTAURANT & | § | |
| FOOD MART, *et al.*, | § | |
| | § | |
| Defendants / Judgment Debtors, | § | |
| | § | |
| and | § | |
| | § | |
| WELLS FARGO BANK NATIONAL | § | |
| ASSOCIATION, | § | |
| | § | |
| Garnishee. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 20). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS SO ORDERED this 28th day of March, 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE